UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Stipulation of Dismissal with Prejudice, dkt. 38.
> JPH, 5/18/2021
> Distribution via ECF

| | |
|---|---|
| STEPHANIE DUNCAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:20-cv-02156-JPH-DLP |
| | ) |
| K & A DESIGN GROUP, | ) |
| KELLY HEARON, and | ) |
| ALMA BALDWIN, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by respective counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this lawsuit with prejudice. The parties shall bear its/her/their own costs and attorneys' fees.

Attorneys for Plaintiff                                          Attorneys for Defendants


/s/ Bradley L. Wilson                                            /s/ Philip R. Zimmerly (w/ permission)
Bradley L. Wilson                                                Philip R. Zimmerly
John H. Haskin & Associates                                      Bose McKinney & Evans LLP
255 North Alabama Street, 2nd Floor                              111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204                                      Indianapolis, Indiana 46204